In the Matter of MARTIN ROACHE, Respondent, v LAKICIA M. HUGHES-ROACHE, Appellant. (Appeal No. 2.) [60 NYS3d 885]— Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered February 24, 2016 in a proceeding pursuant to Family Court Act article 6. The order denied the motion to vacate an order entered upon respondent's default.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Roache v Hughes-Roache* ([appeal No. 1] 153 AD3d 1653 [2017]). Present—Whalen, P.J., Smith, Carni, DeJoseph and Curran, JJ.